[No. 37022-1-II.   Division Two.   July 28, 2009.]

WILLIAM A. LOONEY, *Appellant*, v. PIERCE COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-2-04484-9, Vicki L. Hogan, J., entered
November 9, 2007. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Bridgewater and Arm-
strong, JJ.

[No. 37136-7-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
MICHAEL SCALES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-03462-7, Stephanie A. Arend, J., entered
December 14, 2007. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37302-5-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADON ERNESTO
GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 07-1-00456-8, Gary R. Tabor, J., entered
January 29, 2008. *Affirmed in part* and *remanded* by
unpublished opinion per Armstrong, J., concurred in by
Bridgewater and Hunt, JJ.

[No. 37686-5-II.   Division Two.   July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS EUGENE
SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-05040-1, Lisa R. Worswick, J., entered
April 25, 2008. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Van Deren, C.J., and
Penoyar, J.